# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES ex rel.** | : | **CIVIL ACTION NO. 1:04-CV-0729** |
| **JENNIFER HOUSEMAN,** | : | |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ARAMARK CORPORATION** | : | |
| **d/b/a ARAMARK PRISON FOOD** | : | |
| **SERVICES,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of January, 2006, upon consideration of plaintiff-relator's unopposed motion to dismiss (Doc. 31), averring that the parties have reached a settlement regarding the disputed claims, and it appearing that the government consents to the dismissal (see Doc. 32), see 31 U.S.C. § 3730(b)(1) (providing that *qui tam* actions "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting"), it is hereby ORDERED that:

1. The motion to dismiss (Doc. 31) is GRANTED.

2. The above-captioned case is DISMISSED with prejudice as to plaintiff-relator Jennifer Houseman.

3. The Clerk of Court is directed to CLOSE this case.

4. The court retains jurisdiction of this matter, for a period of thirty (30) days, to resolve any disputes which may arise in the implementation of the settlement agreement.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge